# In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**09-13-00173-CR**
**09-13-00174-CR**
**09-13-00175-CR**

_____

**Charles Murray Jr. a/k/a Charles Murray, Appellant**

**V.**

**The State of Texas, Appellee**

_____

**On Appeal from the 252nd District Court**
**of Jefferson County, Texas**
**Trial Cause Nos. 09-07250, 09-07323, and 09-07326**

_____

### ORDER

The clerk's record in the above styled and numbered cause was filed May 16, 2013, and the reporter's record was filed April 15, 2013. On July 12, 2013, the appellant's court-appointed attorney, Bruce Cobb, was notified that neither the brief of the appellant nor a motion for extension of time to file the brief has been filed. On July 17, 2013, the Court granted an extension of time to file the brief, noting that the extension was a "FINAL EXTENSION." Although the

brief of the appellant was due to be filed August 16, 2013, the brief has not been filed.

We abate the appeal and remand the case to the trial court to conduct a hearing at which a representative of the State, counsel for the appellant, and the appellant shall be present in person. *See* Tex. R. App. P. 38.8(b)(3). If the appellant is not incarcerated, but fails to appear at the hearing after having been notified to do so, or after reasonable attempts to notify him have been made, then the trial court may enter a finding that appellant no longer desires to pursue the appeal and send said finding to this Court. *See* Tex. R. App. P. 38.8(b)(4). If the appellant is present for the hearing, we direct the trial court to determine whether or not appellant desires to pursue his appeal. If appellant desires to pursue his appeal, we direct the trial court to determine why the brief of the appellant has not been filed, why appellant's counsel has not responded to late notices from this Court, and whether good cause exists for appointed counsel, Bruce Cobb, to be relieved of his duties as appellate counsel and replaced by substitute counsel. *See* Tex. Code Crim. Proc. Ann. Art. 26.04(j)(2) (West Supp. 2012). If the trial court determines that good cause exists to relieve appointed counsel of his duties, we direct the trial court to appoint substitute counsel.

The record of the hearing, including any orders and findings of the trial court judge, shall be sent to the appellate court for filing. The transcription of the court reporter's notes from the hearing and the recommendations of the trial court judge are to be filed on or before September 30, 2013.

ORDER ENTERED August 29, 2013.

PER CURIAM

Before McKeithen, C.J., Gaultney and Kreger, JJ.